# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NICOLE HUNSINGER,

      Plaintiff,

v.                                         Case No:   6:22-cv-1049-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** COMMISSIONER'S UNOPPOSED MOTION FOR REMAND UNDER SENTENCE FOUR (Doc. No. 21)
>
> **FILED:** February 6, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 16, 19–20.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Commissioner will update the administrative record, offer the claimant the opportunity for a hearing, obtain supplemental vocational evidence, and issue a new decision identifying and resolving any inconsistencies between the RFC finding and the requirements of any jobs identified that the claimant can perform in the national economy, as described in the Dictionary of Occupational Titles.

Doc. No. 21.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed Motion for Remand Under Sentence Four (Doc. No. 21) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.


- 3 -

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties